UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MOHAMED ABDALLA MAHMOUD, | Case No. 3:25-cv-00498-ART-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HEATHER COOK, *et al.*, | |
| Defendants. | |

Plaintiff Mohamed Mahmoud moves to dismiss this civil-rights action without prejudice, vaguely arguing that he is being harassed. (ECF No. 4). Mahmoud's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to voluntarily dismiss (ECF No. 4) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 3) is denied as moot.

DATED: October 10, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE